1 **HEFNER, STARK & MAROIS, LLP**
Kirk E. Giberson (CA Bar Assn. No. 125155)
2 Gregory A. Forest (CA Bar Assn. No. 239886)
2150 River Plaza Drive, Suite 450
3 Sacramento, CA 95833-3883
Telephone: (916) 925-6620
4 Fax No: (916) 925-1127
Email: kgiberson@hsmlaw.com

Attorney for Defendants
6 YREKA HOLDINGS, II, a California limited
partnership; CRIS GALPIN; GREGG ADAMS

# IN THE UNITED STATES DISTRICT COURT

## Eastern District of California

| | |
|---|---|
| NORTH VIEW ESTATES, GP, a General Partnership<br><br>Plaintiff,<br><br>v.<br><br>YREKA HOLDINGS, II, an Oregon Limited Partnership; CHRIS GALPIN, an individual; GREGG ADAMS, an individual,<br><br>Defendants. | Case No. 2:08-CV-02230-JAM-GGH<br><br>**STIPULATION TO MODIFY STATUS ORDER AND FILE SUPPLEMENTAL COUNTERCLAIM; ORDER THEREON** |

Plaintiff North View Estates, GP, a general partnership, and defendants Yreka Holdings, II, LP, an Oregon limited partnership, Cris Galpin, and Gregg Adams ("Defendants") hereby agree and stipulate as follows:

(1) Defendants shall be allowed to file the supplemental counterclaim attached as Exhibit 1 to Defendant's Rule 15(d) Motion filed April 2, 2009;

(2) Plaintiffs shall file a reply to Defendants' counterclaim within 20 days of the receipt of service;

(3) The pretrial motion and discovery schedules of the December 4, 2008 Status Order shall be modified and the trial date reset as follows. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by August 7, 2009. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by August 21, 2009. All discovery shall be completed by October 7, 2009. All dispositive motions shall

1

Case No. 2:08-CV-02230-JAM-GGH     Stipulation Re Counterclaim and Modification of Status Order
North View Estates, GP v. Yreka Holdings, II     C:\Documents and Settings\HVine\Desktop\08cv2230.o.58.wpd

be filed by November 4, 2009. Hearing on such motions shall be on December 9, 2009 at 9:00 a.m. The final pre-trial conference is set for January 20, 2010 at 3:00 p.m. The parties joint pretrial statement shall be filed on or before January 13, 2010. Jury trial in this matter is set for February 22, 2010 at 9:00 a.m.; and

(4) The hearing set for June 3, 2009 is vacated.

IT IS SO ORDERED.

Dated: May 8, 2009          /s/ John A. Mendez
                            Judge of the District Court


Dated: May 8, 2009      By: /s/ Wallace C. Doolittle
                            Wallace C. Doolittle
                            Attorneys for Plaintiff
                            Northview Estates, GP, a General
                            Partnership

                            HEFNER, STARK & MAROIS, LLP

Dated: May 8, 2009      By: /s/ Kirk E. Giberson
                            Kirk E. Giberson
                            Attorneys for Defendants Yreka
                            Holdings II, a California limited
                            partnership; Cris Galpin and
                            Gregg Adams