**HEFNER, STARK & MAROIS, LLP**
Kirk E. Giberson (CA Bar Assn. No. 125155)
Gregory A. Forest (CA Bar Assn. No. 239886)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: kgiberson@hsmlaw.com

Attorney for Defendants
YREKA HOLDINGS, II, a California limited partnership; CRIS GALPIN; GREGG ADAMS

# IN THE UNITED STATES DISTRICT COURT

## Eastern District of California

| | |
|---|---|
| NORTH VIEW ESTATES, GP, a General Partnership<br><br>Plaintiff,<br><br>v.<br><br>YREKA HOLDINGS, II, an Oregon Limited Partnership; CHRIS GALPIN, an individual; GREGG ADAMS, an individual; PREMIER WEST BANK, a business entity, form unknown; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:08-CV-02230-JAM-GGH<br><br>**STIPULATION TO EXTEND DISCOVERY CUT-OFF; ORDER THEREON** |

Plaintiff North View Estates, GP, a general partnership, and defendants Yreka Holdings, II, LP, an Oregon limited partnership, Cris Galpin, and Gregg Adams ("Defendants"), who are engaging in good faith discussions regarding further mediation in this matter, hereby agree and stipulate as follows:

(1) The discovery cut-off in this matter shall be extended through November 28, 2009.

Good cause appearing, IT IS SO ORDERED.

Dated: September 4, 2009           **/s/ John A. Mendez**

                                    Judge of the District Court

1

Case No. 2:08-CV-02230-JAM-GGH                                 Stipulation Re Answer and Discovery Cutoff
North View Estates, GP v. Yreka Holdings, II                   C:\Documents and Settings\HVine\Desktop\08cv2230.o.ext.94.wpd

Dated: September ____, 2009

By: _____
Wallace C. Doolittle
Attorneys for Plaintiff
Northview Estates, GP, a General Partnership

HEFNER, STARK & MAROIS, LLP

Dated: September ____, 2009

By: _____
Kirk E. Giberson
Attorneys for Defendants Yreka Holdings II, a California limited partnership; Cris Galpin and Gregg Adams

HEFNER, STARK & MAROIS, LLP
Sacramento, California

2

Case No. 2:08-CV-02230-JAM-GGH
North View Estates, GP v. Yreka Holdings, II

Stipulation Re Answer and Discovery Cutoff
C:\Documents and Settings\HVine\Desktop\08cv2230.o.ext.94.wpd