**HEFNER, STARK & MAROIS, LLP**
Kirk E. Giberson (CA Bar Assn. No. 125155)
Gregory A. Forest (CA Bar Assn. No. 239886)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: kgiberson@hsmlaw.com

Attorney for Defendants
YREKA HOLDINGS, II, an Oregon limited
partnership; CRIS GALPIN; GREGG ADAMS

**IN THE UNITED STATES DISTRICT COURT**

**Eastern District of California**

| | |
|---|---|
| NORTH VIEW ESTATES, GP, a General Partnership<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>YREKA HOLDINGS, II, an Oregon Limited Partnership; CHRIS GALPIN, an individual; GREGG ADAMS, an individual,<br><br>    Defendants/Counter-Claimants. | Case No. 2:08-CV-02230-JAM-GGH<br><br>**ORDER ON PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' FIRST AMENDED SUPPLEMENTAL COUNTERCLAIM**<br><br>Date: August 26, 2009<br>Time: 9:00 a.m.<br>Courtroom: 6 |

The above motion of plaintiff and counter-defendant North View Estates, GP ("North View"), to dismiss the First Cause of Action of the First Amended Supplemental Counterclaim filed by defendants and counter-claimants Yreka Holdings, II, Cris Galpin, and Gregg Adams (collectively "Yreka Holdings") came on as regularly scheduled in the above court, the Honorable John A. Mendez presiding. James P. Downs of the Law Offices of Wallace C. Doolittle appeared on behalf of North View, and Kirk E. Giberson of Hefner, Stark & Marois, LLP,

PDF created with pdfFactory trial version www.pdffactory.com

appeared on behalf of Yreka Holdings. After reviewing and considering the papers filed, and hearing and considering the arguments of counsel, the court denied the motion.

IT IS THEREFORE ORDERED that the motion by North View to dismiss the First Cause of Action of the First Amended Supplemental Counterclaim of Yreka Holdings shall be, and hereby is, denied.

Dated: 09/04/2009          /s/ John A. Mendez
                           John A. Mendez, Judge
                           United States District Court


APPROVED AS TO FORM:

LAW OFFICES OF WALLACE C. DOOLITTLE


By: _____
    James P. Downs
    Attorneys for North View Estates, GP

Hefner, Stark & Marois, LLP
Sacramento, CA

2

PDF created with pdfFactory trial version www.pdffactory.com

C:\Documents and Settings\HVine\Desktop\08cv2230.o.94.P.doc