WALLACE C. DOOLITTLE, ESQ. (SBN 158116)
JAMES P. DOWNS, ESQ. (SBN 139489)
LAW OFFICES OF WALLACE C. DOOLITTLE
1260 B Street, Suite 220
Hayward, CA  94541
Tel: (510) 888-0600
Fax: (510) 888-0606
E-mail: doolittlew@doolittlelaw.com

Attorneys for Plaintiff NORTH VIEW ESTATES, GP,
 a California General Partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH VIEW ESTATES, GP, a General Partnership,<br><br>             Plaintiff,<br><br>       v.<br><br>YREKA HOLDINGS, II, an Oregon Limited Partnership; CHRIS A. GALPIN, an individual; GREGG ADAMS, an individual; PREMIER WEST BANK, a business entity, form unknown; and DOES 1-50, inclusive,<br><br>             Defendants | Case No. 2:08-CV-02230-JAM-GGH<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SET ASIDE RECORDATION OF PARTIAL RECONVEYANCES**<br><br>Date:     August 26, 2009<br>Time:    9:00 a.m.<br>Place:    501 "I" Street, 14th Floor<br>            Sacramento, CA<br>Judge:   Hon. John A. Mendez<br>Courtroom: 6 |

TO ALL PARTIES  AND THEIR ATTORNEYS OF RECORD:

PLAINTIFF NORTH VIEW ESTATES' MOTION TO SET ASIDE PARTIAL RECONVEYANCES came on regularly for hearing on August 26, 2009 at 9:00 a.m. in Courtroom 6 of the United States District Court, Eastern District of California, located at 501 "I" Street, Sacramento, California, the Honorable John A. Mendez presiding.

James P. Downs, Law Offices of Wallace C. Doolittle, appeared on behalf of Moving Party, Plaintiff North View Estates.

---

1
ORDER GRANTING PLAINTIFF'S MOTION TO SET ASIDE RECORDATION OF  PARTIAL RECONVEYANCES

PDF created with pdfFactory trial version www.pdffactory.com

Kirk E. Giberson, Hefner, Stark and Marois, appeared on behalf of Opposing Party, Defendants Yreka Holdings, II.

The Court having considered Plaintiff's moving papers and reply brief in support of the Motion to Set Aside Recordation of Partial Reconveyances, and Defendants' Opposition, as well as oral argument by the parties at the time of hearing, and good cause appearing,

IT IS HEREBY ORDERED, as follows:

1) The Partial Reconveyance recorded in the Siskiyou County Recorder's Office by the Siskiyou County Title Company on February 4, 2005, as Document No. O5-0002048, and the Corrective Partial Reconveyance, recorded in the Siskiyou County Recorder's Office by the Siskiyou County Title Company on December 15, 2005, as Document No. O5-0020368, are void and the recordation of said Partial Reconveyances are hereby set aside;

2) The Partial Reconveyance recorded in the Siskiyou County Recorder's Office by the Siskiyou County Title Company on October 21, 2005, as Document No. O5-0017382 is void and the recordation of said Partial reconveyance is hereby set aside;

3) The Partial Reconveyance recorded in the Siskiyou County Recorder's Office by the Siskiyou County Title Company on June 12, 2007, as Document No. O7-0007456 is void and the recordation of said Partial Reconveyance is hereby set aside;

4) The Partial Reconveyance recorded in the Siskiyou County Recorder's Office by the Siskiyou County Title Company on June 12, 2007, as Document No. O7-0007457 is void and the recordation of said Partial Reconveyance is hereby set aside;

5) The Partial Reconveyance recorded in the Siskiyou County Recorder's Office by the Siskiyou County Title Company on June 12, 2007, as Document No. O7-0007458 is void

PDF created with pdfFactory trial version www.pdffactory.com

1  and the recordation of said Partial Reconveyance is hereby set aside;

Dated: 09/04/2009                           /s/ John A. Mendez
                                            Honorable John A. Mendez
                                            Judge of the United States District Court,
                                            Eastern District of California

Approved as to form:_____
          Kirk E. Giberson, counsel for
          Defendants Yreka Holdings, II,
          Chris Galpin, and Gregg Adams.

3
ORDER GRANTING PLAINTIFF'S MOTION TO SET ASIDE RECORDATION OF PARTIAL RECONVEYANCES

PDF created with pdfFactory trial version www.pdffactory.com