1  **HEFNER, STARK & MAROIS, LLP**
   Kirk E. Giberson (CA Bar Assn. No. 125155)
2  Gregory A. Forest (CA Bar Assn. No. 239886)
   2150 River Plaza Drive, Suite 450
3  Sacramento, CA 95833-3883
   Telephone: (916) 925-6620
4  Fax No: (916) 925-1127
   Email: kgiberson@hsmlaw.com

6  Attorney for Defendants
   YREKA HOLDINGS, II, a California limited
   partnership; CRIS GALPIN; GREGG ADAMS

## IN THE UNITED STATES DISTRICT COURT

### Eastern District of California

| | |
|---|---|
| NORTH VIEW ESTATES, GP, a General Partnership,<br><br>Plaintiff,<br><br>v.<br><br>YREKA HOLDINGS, II, an Oregon Limited Partnership; CHRIS GALPIN, an individual; GREGG ADAMS, an individual; PREMIER WEST BANK, a business entity, form unknown; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:08-CV-02230-JAM-GGH<br><br>**STIPULATION TO CONTINUE TRIAL; ORDER THEREON** |

Plaintiff North View Estates, GP, a general partnership, and defendants Yreka Holdings, II, LP, an Oregon limited partnership, Cris Galpin, and Gregg Adams ("Defendants"), who have agreed to engage in mediation in the effort to resolve this matter, hereby agree and stipulate as follows:

(1) The trial in this matter, currently set for February 22, 2010, shall be continued to August 9, 2010, at 9:00 a.m.; and further

(2) The pretrial conference in this matter, currently set for January 27, 2010, shall be continued to July 2, 2010, at 3:00 p.m.

///
///
///

1

Case No. 2:08-CV-02230-JAM-GGH                                Stipulation Re Answer and Discovery Cutoff
North View Estates, GP v. Yreka Holdings, II                   C:\Documents and Settings\HVine\Desktop\08cv2230.o.127.wpd

1  Good cause appearing, IT IS SO ORDERED.

2  Dated: January 27, 2010                    /s/ John A. Mendez
3                                              Judge of the District Court

8  Dated: January 27, 2010

9                                              By: /s/
                                                 Wallace C. Doolittle
10                                                Attorneys for Plaintiff
                                                 Northview Estates, GP, a General
11                                                Partnership

12                                              HEFNER, STARK & MAROIS, LLP

13 Dated: January 27, 2010

14                                              By: /s/
                                                 Kirk E. Giberson
15                                                Attorneys for Defendants Yreka
                                                 Holdings II, a California limited
16                                                partnership; Cris Galpin and
                                                 Gregg Adams

HEFNER, STARK & MAROIS, LLP
Sacramento, California

2