**HEFNER, STARK & MAROIS, LLP**
Kirk E. Giberson (CA Bar Assn. No. 125155)
Gregory A. Forest (CA Bar Assn. No. 239886)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: kgiberson@hsmlaw.com

Attorney for Defendants
YREKA HOLDINGS, II, a California limited partnership; CRIS GALPIN; GREGG ADAMS

# IN THE UNITED STATES DISTRICT COURT

## Eastern District of California

| | |
|---|---|
| NORTH VIEW ESTATES, GP, a General Partnership<br><br>Plaintiff,<br><br>v.<br><br>YREKA HOLDINGS, II, an Oregon Limited Partnership; CHRIS GALPIN, an individual; GREGG ADAMS, an individual,<br><br>Defendants. | Case No. 2:08-CV-02230-JAM-GGH<br><br>**STIPULATION TO CONTINUE PRETRIAL CONFERENCE; ORDER THEREON** |

Plaintiff North View Estates, GP, a general partnership, and defendants Yreka Holdings, II, LP, an Oregon limited partnership, Cris Galpin, and Gregg Adams ("Defendants"), who are in the process of negotiating a settlement agreement to resolve this matter, hereby agree and stipulate as follows:

The pretrial conference in this matter, currently set for July 2, 2010, shall be continued to July 16, 2010, at 2:00 p.m.

Good cause appearing, IT IS SO ORDERED.

Dated: June 28, 2010               /s/ John A. Mendez

1

Case No. 2:08-CV-02230-JAM-GGH                                    Stipulation Re Pretrial Conf
North View Estates, GP v. Yreka Holdings, II                     C:\Documents and Settings\HVine\Desktop\08cv2230.o.62810.wpd

| | |
|---|---|
| Dated: June 28, 2010 | THE LAW OFFICES OF WALLACE C. DOOLITTLE<br><br>By: /s/<br>Wallace C. Doolittle<br>James Downs<br>Attorneys for Plaintiff<br>Northview Estates, GP, a General Partnership |
| Dated: June 28, 2010 | HEFNER, STARK & MAROIS, LLP<br><br>By: /s/<br>Kirk E. Giberson<br>Gregory A. Forest<br>Attorneys for Defendants Yreka Holdings II, a California limited partnership; Cris Galpin and Gregg Adams |

HEFNER, STARK & MAROIS, LLP
Sacramento, California