1  **HEFNER, STARK & MAROIS, LLP**
   Kirk E. Giberson (CA Bar Assn. No. 125155)
2  Gregory A. Forest (CA Bar Assn. No. 239886)
   2150 River Plaza Drive, Suite 450
3  Sacramento, CA 95833-3883
   Telephone: (916) 925-6620
4  Fax No: (916) 925-1127
   Email: kgiberson@hsmlaw.com
5
   Attorney for Defendants
6  YREKA HOLDINGS, II, a California limited
   partnership; CRIS GALPIN; GREGG ADAMS
7

8              **IN THE UNITED STATES DISTRICT COURT**

9                    **Eastern District of California**

10 | NORTH VIEW ESTATES, GP, a General     | Case No. 2:08-CV-02230-JAM-GGH
   | Partnership
11 |
   |     Plaintiff,                        | **STIPULATION TO CONTINUE**
12 |                                       | **TRIAL; ORDER THEREON**
   | v.
13 |
   | YREKA HOLDINGS, II, an Oregon Limited
14 | Partnership; CHRIS GALPIN, an individual;
   | GREGG ADAMS, an individual; PREMIER
15 | WEST BANK, a business entity, form
   | unknown; and DOES 1-50, inclusive,
16 |
   |     Defendants.
17

18         Plaintiff North View Estates, GP, a general partnership, and defendants Yreka Holdings,

19 II, LP, an Oregon limited partnership, Cris Galpin, and Gregg Adams ("Defendants"), who have

20 agreed to engage in mediation in the effort to resolve this matter, hereby agree and stipulate

21 as follows:

22         (1)  The trial in this matter, currently set for August 9, 2010, shall be continued to

23 October 25, 2010, at 9:00 a.m.; and further

24         (2) The pretrial conference in this matter, currently set for July 16, 2010, shall be

25 continued to September 17, 2010, at 3:00 p.m.

26 ///

27 ///

28 ///

1

Case No. 2:08-CV-02230-JAM-GGH                                    Stipulation Re Trial and Pretrial
North View Estates, GP v. Yreka Holdings, II                      C:\Documents and Settings\HVine\Desktop\08cv2230.o.7910.wpd

HEFNER, STARK & MAROIS, LLP
Sacramento, California

Good cause appearing, IT IS SO ORDERED.

Dated: July 9, 2010

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

Dated: July 9, 2010

By: /s/
James P. Downs
Attorneys for Plaintiff
Northview Estates, GP, a General Partnership

Dated: July 9, 2010

By: /s/
Gregory A. Forest
Attorneys for Defendants Yreka Holdings II, a California limited partnership; Cris Galpin and Gregg Adams

HEFNER, STARK & MAROIS, LLP
Sacramento, California

2

Case No. 2:08-CV-02230-JAM-GGH
North View Estates, GP v. Yreka Holdings, II

Stipulation Re Trial and Pretrial
C:\Documents and Settings\HVine\Desktop\08cv2230.o.7910.wpd