**HEFNER, STARK & MAROIS, LLP**
Kirk E. Giberson (CA Bar Assn. No. 125155)
Gregory A. Forest (CA Bar Assn. No. 239886)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: kgiberson@hsmlaw.com

Attorney for Defendants
YREKA HOLDINGS, II, a California limited
partnership; CRIS GALPIN; GREGG ADAMS

## IN THE UNITED STATES DISTRICT COURT

### Eastern District of California

| | |
|---|---|
| NORTH VIEW ESTATES, GP, a General Partnership | Case No. 2:08-CV-02230-JAM-GGH |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL; ORDER THEREON** |
| v. | |
| YREKA HOLDINGS, II, an Oregon Limited Partnership; CHRIS GALPIN, an individual; GREGG ADAMS, an individual; PREMIER WEST BANK, a business entity, form unknown; and DOES 1-50, inclusive, | |
| Defendants. | |

Plaintiff North View Estates, GP, a general partnership, and defendants Yreka Holdings, II, LP, an Oregon limited partnership, Cris Galpin, and Gregg Adams ("Defendants"), who have agreed to engage in mediation in the effort to resolve this matter, hereby agree and stipulate as follows:

(1)  The trial in this matter, currently set for January 31, 2010, shall be continued to August 8, 2011, at 9:00 a.m.;

(2) The pretrial conference in this matter, currently set for December 10, 2010, shall be continued to June 10, 2011, at 2:00 p.m; and further

(3) The joint pretrial statement in this matter shall be filed on June 3, 2011.

///

///

1

Case No. 2:08-CV-02230-JAM-GGH                                                    Stipulation Re Trial and Pretrial
North View Estates, GP v. Yreka Holdings, II                    C:\Documents and Settings\HVine\Desktop\08cv2230.o.113010.wpd

*HEFNER, STARK & MAROIS, LLP*
*Sacramento, California*



1    Good cause appearing, IT IS SO ORDERED.

2

3

4

5

6    Dated: November 30, 2010                    /s/ John A. Mendez
                                                  Judge of the U. S. District Court

7

8

9

10

11   Dated: November 30, 2010

12                                        By:  /s/
                                              James P. Downs
13                                            Attorneys for Plaintiff
                                              Northview Estates, GP, a General
14                                            Partnership

15

16   Dated: November 30, 2010

17                                        By:  /s/
                                              Gregory A. Forest
18                                            Attorneys for Defendants Yreka
                                              Holdings II, a California limited
19                                            partnership; Cris Galpin and
                                              Gregg Adams
20

21

22

23

24

25

26

27

28

HEFNER, STARK & MARCIS, LLP
Sacramento, California

2