**HEFNER, STARK & MAROIS, LLP**
Kirk E. Giberson (CA Bar Assn. No. 125155)
Gregory A. Forest (CA Bar Assn. No. 239886)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: kgiberson@hsmlaw.com

Attorney for Defendants
YREKA HOLDINGS, II, a California limited partnership; CRIS GALPIN; GREGG ADAMS

# IN THE UNITED STATES DISTRICT COURT

## Eastern District of California

| | |
|---|---|
| NORTH VIEW ESTATES, GP, a General Partnership,<br><br>Plaintiff,<br><br>v.<br><br>YREKA HOLDINGS, II, an Oregon Limited Partnership; CHRIS GALPIN, an individual; GREGG ADAMS, an individual; PREMIER WEST BANK, a business entity, form unknown; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:08-CV-02230-JAM-GGH<br><br>**STIPULATION TO CONTINUE TRIAL; ORDER THEREON** |

Plaintiff North View Estates, GP, a general partnership, and defendants Yreka Holdings, II, LP, an Oregon limited partnership, Cris Galpin, and Gregg Adams ("Defendants"), who have agreed to engage in mediation in the effort to resolve this matter, hereby agree and stipulate as follows:

(1) The trial in this matter, currently set for August 8, 2011, shall be continued to September 12, 2011, at 9:00 a.m.;

(2) The pretrial conference in this matter, currently set for June 10, 2011, shall be continued to July 15, 2011, at 10:00 a.m; and further

(3) The joint pretrial statement in this matter shall be filed on July 8, 2011.

///

///

1  Good cause appearing, IT IS SO ORDERED.

Dated: June 6, 2011

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

Dated: June 3, 2011

By:  /s/
Wallace C. Doolittle
James P. Downs
Attorneys for Plaintiff
Northview Estates, GP, a General
Partnership

Dated: June 3, 2011

By:  /s/
Gregory A. Forest
Attorneys for Defendants Yreka
Holdings II, a California limited
partnership; Cris Galpin and
Gregg Adams

HEFNER, STARK & MAROIS, LLP
Sacramento, California