**HEFNER, STARK & MAROIS, LLP**
Gregory A. Forest (CA Bar Assn. No. 239886)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: gforest@hsmlaw.com

Attorney for Defendants
YREKA HOLDINGS, II, a California limited partnership; CRIS GALPIN; GREGG ADAMS

## IN THE UNITED STATES DISTRICT COURT

### Eastern District of California

| | |
|---|---|
| NORTH VIEW ESTATES, GP, a General Partnership,<br><br>Plaintiff,<br><br>v.<br><br>YREKA HOLDINGS, II, an Oregon Limited Partnership; CHRIS GALPIN, an individual; GREGG ADAMS, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:08-CV-02230-JAM-GGH<br><br>**VOLUNTARY DISMISSAL; ORDER THEREON (FRCP 41(a)(2))** |

Having resolved this controversy pursuant to a written settlement agreement and mutual release, plaintiff North View Estates, GP, a general partnership ("Plaintiff"), and defendants Yreka Holdings, II, LP, an Oregon limited partnership, Cris Galpin, and Gregg Adams (collectively the "Defendants") hereby mutually request dismissal of the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(2), as follows:

(1) The Plaintiff's action is hereby dismissed with prejudice;

(2) The Defendants' counterclaim is hereby dismissed with prejudice;

(3) The Plaintiff and the Defendants shall each bear their own respective costs and attorneys' fees; and further

(4) The trial set in this matter for October 24, 2011, and the pretrial conference set for September 16, 2011, shall be vacated.

Dated: August 17, 2011

By: /s/
Wallace C. Doolittle
Attorneys for Plaintiff
Northview Estates, GP, a General Partnership

Dated: August 11, 2011

By: /s/
Gregory A. Forest
Attorneys for Defendants Yreka Holdings II, an Oregon limited partnership; Cris Galpin and Gregg Adams

Good cause appearing, IT IS SO ORDERED.

Dated: August 19, 2011

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE

HEFNER, STARK & MAROIS, LLP
Sacramento, California

2

Case No. 2:08-CV-02230-JAM-GGH
North View Estates, GP v. Yreka Holdings, II

Voluntary Dismissal; Proposed Order; FRCP 41(a)(2)
C:\Documents and Settings\HVine\Desktop\08cv2230.o.81911.wpd